**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Reading Division**

**IN RE:**                                                              Case No. **18-15846-ref**

**Raymond, William Michael & Raymond, Michelle Marie**                  Chapter **13**
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **September 19, 2018**    Signature: ***/s/ William Raymond***
                                           **William Raymond**                                           Debtor

Date: **September 19, 2018**    Signature: ***/s/ Michelle Raymond***
                                           **Michelle Raymond**                                          Joint Debtor, if any

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)